THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD EDWARDS and ANNIE BROOKS, | ) | |
| | ) | No: 06 C 3110 |
| Plaintiffs, | ) | |
| | ) | Judge Lefkow |
| v. | ) | |
| | ) | Magistrate Judge Brown |
| OFFICERS ROGOWSKI, NEGRON, SHANKLE, JOHN DOE, JOHN SKOE, JANE DOE AND THE VILLAGE OF MELROSE PARK, A MUNICIPAL CORPORATION, | ) ) ) ) ) | Jury Demand |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF INTENT TO OFFER EVIDENCE
PURSUANT TO RULE 902 (11) OF THE FEDERAL RULES OF EVIDENCE**

Plaintiff DONALD EDWARDS, by and through his attorney, ANGELA LOCKETT, hereby submits notice of his intent to offer evidence pursuant to Rule 902 (11) of the Federal Rules of Evidence.

Attached hereto is a true and correct copy of certifications from the following individual:

Name:                          Organization:

Evelyn Vargas                  Westlake Hospital

                                        Respectfully submitted,

                                        The Law Office of Standish E. Willis

                                        By:  s//Angela Lockett
                                                Angela Lockett

407 S. Dearborn, Suite 1395
Chicago, IL  60605
312.554.0005

3

**CERTIFICATE OF SERVICE**

I, Angela Lockett, an attorney, do hereby certify that I caused to be served a copy of **PLAINTIFF'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULE 902 (11) OF THE FEDERAL RULES OF EVIDENCE** this 19th day of January, 2007, by filing it in accordance with the district court's system as the ECF filers.

                                                  s: // Angela Lockett
                                                  Angela Lockett