## CERTIFICATE OF AUTHENTICITY

I, _Evelyn Vargas (Copy Abstractor)_ am employed by

_____

My official title is **Keeper of Records**

I certify that each of the records attached hereto is the original or duplicate of the original records in the custody of _Westlake Hospital_ in the name of _Edwards, Donald_ for Date of Service _6/23/05_

I further certify that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice;

D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury, that the foregoing is true and correct.

_Evelyn Vargas (Copy Abstractor)_
Signature

Executed on this _13_ day of _2_ , _2008_
           (day)        (month)       (year)

at _MelrosePark_ , _IL_
      (city)         (state)