# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| DONALD EDWARDS and ANNIE BROOKS, ) | |
| ) | No: 06 C 3110 |
| Plaintiffs, ) | |
| ) | Judge Lefkow |
| v. ) | |
| ) | Magistrate Judge Brown |
| OFFICERS ROGOWSKI, NEGRON, ) | |
| SHANKLE, JOHN DOE, JOHN SKOE, ) | |
| JANE DOE AND THE ) | |
| VILLAGE OF MELROSE PARK, ) | |
| A MUNICIPAL CORPORATION, ) | Jury Demand |
| Defendants. ) | |

## NOTICE OF FILING

TO:  Patrick John Ruberry
Dowd & Dowd, Ltd
617 West Fulton
Chicago, IL 60661

PLEASE TAKE NOTICE that on the 21st day of February, 2008, I filed the attached **PLAINTIFF'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULE 902 (11) OF THE FEDERAL RULES OF EVIDENCE.**

/s/Angela Lockett
Angela Lockett

## CERTIFICATE OF SERVICE

I, Angela Lockett, an attorney, do hereby certify that I caused to be served a copy of **PLAINTIFF'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULE 902 (11) OF THE FEDERAL RULES OF EVIDENCE** this 21st day of February, 2008, by causing it to be delivered by electronic means to the person named above.

/s/Angela Lockett
Angela Lockett