**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW:**

☐ **TOO VOLUMINOUS**

☐ **TRANSCRIPT**

☐ **QUALITY NOT LEGIBLE**

☐ **FONT TOO SMALL**

☐ **PHOTOGRAPHS**

**XX** **OTHER**   **Jury Verdicts are not scanned.**

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. TO 4:30 PM. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER AT 312-435-5699.**