# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3110 | **DATE** | 2/28/2008 |
| **CASE TITLE** | Donald Edwards, et al vs. Officers Rogowski, et al | | |

**DOCKET ENTRY TEXT**

Jury verdict returned on 2/28/2008. The Jury find as follows: 1st Claim-Excessive Force - for Donald Edwards and against Lieutenant Rogowski and for Defendants Shankle and Negron and against Donald Edwards. 2nd Claim - False Arrest for Edwards and against defendants Shankle & Rogowski. 3rd Claim - Battery for Edwards and against defendants Shankle and Rogowski and for defendant Negron and against Edwards. Compensatory damages $4500.00, Punitive Damages $25,000.00. As to the claims of Annie Brooks - 1st claim - Intentional Infliction of Emotional Distress - for defendants Shankle and Rogowski and against Annie Brooks. Enter Judgment in favor - in part for plaintiff and in favor in part for defendants. Trial ends - jury - Civil case terminated.

Docketing to mail notices, mail AO450.

04:45

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|