UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD EDWARDS, | ) | No: 06 C 3110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Lefkow |
| | ) | Judge Coar, Presided over trial |
| OFFICERS ROGOWSKI, NEGRON, | ) | |
| SHANKLE, AND THE VILLAGE OF | ) | Magistrate Judge Brown |
| MELROSE PARK, | ) | Jury Demand |
| Defendants. | ) | |

## **FEE MOTION**

NOW COMES Plaintiff Donald Edwards, by and though his counsels Angela Lockett, Standish E. Willis, Teniece Harris and Brendan Shiller, and moves this court pursuant to 42 U.S.C. § 1988, and Federal Rule of Civil Procedure 54(d)(2)(B) for costs and attorneys' fees, and in support of said motion states as follows:

1. On February 28, 2008, a federal jury sitting in the Northern District of Illinois found for Donald Edwards in his 42 U.S.C. § 1983 claims against Officer Shankle and Lt. Rogowski; specifically the court found that Officer Shankle falsely arrested Donald Edwards in violation of 42 U.S.C. § 1983; and that Lt. Rogowski falsely arrested and used excessive force 42 U.S.C. § 1983. Judgment on the case was entered on March 5, 2008.

2. Under 42 U.S.C. § 1988, the prevailing party in a § 1983 suit may obtain reasonable attorneys' fees and costs as determined by the court. *Gaytan v. Kapus*, 181 F.R.D. 573 (N.D. Ill 1998).

3. In this case, Plaintiffs counsel submits the following as fair compensation of attorney fees and costs:

      a. Angela Lockett         Rate: $225.00  Hours: 205    Total: $46,125

      b. Standish E. Willis    Rate: $450.00  Hours: 45     Total: $20,250

      c. Brendan Shiller     Rate: $225.00  Hours 70      Total: $15,750

      d. Teniece Harris      Rate: $250.00  Hours 10      Total: $2,500

      e. Costs:                                                                                  Total: $2,585

4. On direction of court, Counsel shall comply with local rule 54.3.

                                                          Respectfully submitted,

                                                          The Law Office of Standish E. Willis

                                                          By: <u>s//Angela Lockett</u>
                                                               Angela Lockett

407 S. Dearborn, Suite 1395
Chicago, IL  60605
312.554.0005