3118-137

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DONALD EDWARDS, ) | |
| ) | |
| Plaintiff, ) | Case No. 06 CV 3110 |
| ) | |
| ) | Judge Coar |
| vs. ) | |
| ) | |
| VILLAGE OF MELROSE PARK, et al., ) | |
| ) | |
| Defendants ) | |

**AGREED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW**

NOW COME the defendants, Donald Rogowski and Leslie Shankle, by their attorneys, LITCHFIELD CAVO, LLP, and move this Court for entry of an order granting them leave to file a memorandum of law in opposition to plaintiff's fee petition. In support thereof, defendants state as follows:

1. On June 16, 2008 plaintiff filed a memorandum of law in support of his fee petition.

2. The defendants have prepared and seek leave to file their memorandum of law in opposition to the fee request.

3. Defense counsel has discussed this matter with plaintiff's counsel, Standish Willis, and he indicated that he did not object to and would otherwise agree to allow defendants to file their memorandum.

4. Accordingly, defendants request leave to file their memorandum of law, instanter.

1

WHEREFORE, the defendants, Donald Rogowski and Leslie Shankle, pray that this Court enter an order granting them leave to file their memorandum of law, instanter.

                                                LITCHFIELD CAVO, LLP.

| | | |
|---|---|---|
| Patrick J. Ruberry, Esq. (06188844) | | |
| LITCHFIELD CAVO, LLP | By: | /s/ Patrick J. Ruberry |
| 303 West Madison Street , Suite 300 | | Attorneys for the defendants, |
| Chicago, IL 60606-3300 | | Donald Rogowski and Leslie Shankle |
| (312) 781-6677 | | |
| (312) 781-6630 fax | | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, being first duly sworn upon oath, depose, and say that I caused to be served the foregoing Agreed Motion for Leave to File Memorandum of Law by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record by CM/ECF on the 20th day of June, 2008.

|  |  |
|---|---|
| | /s/ Patrick J. Ruberry |
| Patrick J. Ruberry, Esq. (06188844) | Attorneys for the defendants, |
| LITCHFIELD CAVO, LLP | Donald Rogowski and Leslie Shankle |
| 303 West Madison Street, Suite 300 | |
| Chicago, IL 60606-3300 | |
| (312) 781-6677 | |
| (312) 781-6630 fax | |