UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD EDWARDS, | ) | No: 06 C 3110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Lefkow |
| | ) | Judge Coar, Presided over trial |
| OFFICERS ROGOWSKI, NEGRON, | ) | |
| SHANKLE, AND THE VILLAGE OF | ) | Magistrate Judge Brown |
| MELROSE PARK, | ) | Jury Demand |
| Defendants. | ) | |

**PLAINTIFF EDWARDS' MOTION FOR FEES**

NOW COMES Plaintiff Donald Edwards, by and though his counsels Angela Lockett, Standish E. Willis, Teniece Harris and Brendan Shiller, and moves this court pursuant to 42 U.S.C. § 1988, and Federal Rule of Civil Procedure 54(d)(2)(B) for costs and attorneys' fees, and in support of said motion states as follows:

1. On February 28, 2008, a federal jury sitting in the Northern District of Illinois found for Donald Edwards in his 42 U.S.C. § 1983 claims against Officer Shankle and Lt. Rogowski; specifically the court found that Officer Shankle falsely arrested Donald Edwards in violation of 42 U.S.C. § 1983; and that Lt. Rogowski falsely arrested and used excessive force 42 U.S.C. § 1983. Judgment on the case was entered on March 5, 2008.

2. Under 42 U.S.C. § 1988, the prevailing party in a § 1983 suit may obtain reasonable attorneys' fees and costs as determined by the court. *Gaytan v. Kapus*, 181 F.R.D. 573 (N.D. Ill 1998).

3. Movant has attached the following to his motion for fees:

    a. Joint statement pursuant to Local Rule 54.3;

b. Plaintiff's memorandum of law in support of attorney's fees, with supporting affidavits.

c. Plaintiff's submitted hours.

d. Defendant's itemized objections to Plaintiff's hours.

e. Defendant's submission to Plaintiffs of May 9, 2008.

f. Defendant's memorandum of law in opposition to attorney's fees with supporting affidavits.

        Respectfully submitted,

        The Law Office of Standish E. Willis

        By: s//Angela Lockett
           Angela Lockett

407 S. Dearborn, Suite 1395
Chicago, IL  60605
312.554.0005