UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DONALD EDWARDS, | ) | No: 06 C 3110 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Lefkow |
| | ) | Judge Coar, Presided over trial |
| OFFICERS ROGOWSKI, NEGRON, | ) | |
| SHANKLE, AND THE VILLAGE OF | ) | Magistrate Judge Brown |
| MELROSE PARK, | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF FILING

TO: Patrick John Ruberry
Dowd & Dowd, Ltd
617 West Fulton
Chicago, IL 60661

PLEASE TAKE NOTICE that on the 15TH day of July, 2008, I filed in the United States District Court, 219 South Dearborn, Chicago, Illinois the attached **FEE MOTION.**

/s/Angela Lockett
Angela Lockett

## CERTIFICATE OF SERVICE

I, Angela Lockett, an attorney, do hereby certify that I caused to be served a copy of **FEE MOTION** this 15th day of July, 2008, by causing it to be delivered by electronic means to the person named above.

/s/Angela Lockett
Angela Lockett