**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Donald Edwards, et al.
                    Plaintiff,

v.                                            Case No.: 1:06–cv–03110
                                              Honorable David H. Coar

Rogowski, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

    MINUTE entry before the Honorable David H. Coar: Status hearing held on 7/16/2008. The plaintiff having filed the fee petition pursuant to and in compliance to the Local Rules, the Court takes the Motion for attorney fees [141] under advisement – a ruling will issue by mail. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.