# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 3110 | **DATE** | 3/18/2009 |
| **CASE TITLE** | Donald Edwards and Annie Brooks v. Stephen Rogowski, et al. | | |

**DOCKET ENTRY TEXT**

Before the court are plaintiff Donald Edwards's motion for attorneys' fees and costs **[141]**, defendant Philip Negron's motion for costs **[121]**, and defendants Stephen Rogowski, Philip Negron, and Leslie Shankle's motion for costs **[119]**. For the reasons set forth in the accompanying memorandum opinion and order, Plaintiff Edwards's motion for fees and costs **[141]** is GRANTED in part and DENIED in part. The defendants' motions for costs **[119]** is GRANTED in part and DENIED in part. Defendant Negron's motion for costs **[121]** is DENIED.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LHM-LC |
|---|---|---|